McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. F. 07-0332 OWW |
| | ) |
| Plaintiff, | ) ORDER REGARDING PARTIES' |
| | ) STIPULATION AND REQUEST |
| | ) FOR CONTINUANCE OF MOTIONS |
| v. | ) HEARING |
| | ) |
| STEPHEN DOUGLAS KELEHER, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

On February 28, 2008, the parties lodged a stipulation to continue the deadline for the government to respond to the defense motions currently scheduled for March 3, 2008, to March 17, 2008; and to continue the motions hearing currently scheduled for March 10, 2008 at 9:00 a.m. to March 24, 2008, at 9:00 a.m. Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the deadline for the government to respond to the defense motions to March 17, 2008, and to continue the motions hearing until March 24, 2008 at 9:00 a.m. is granted.  Further, the delay resulting

1  from the continuance shall be excluded in the interests of
2  justice herein to allow reasonable time for the filing of
3  motions, pursuant to 18 U.S.C. §§3161(h)(1)(F).
4
5  Dated: February 29, 2008           /s/ OLIVER W. WANGER
                                      HONORABLE OLIVER W. WANGER