McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. F. 07-0332 OWW |
| Plaintiff, | ) ORDER REGARDING PARTIES' STIPULATION AND REQUEST FOR CONTINUANCE OF MOTIONS HEARING |
| v. | ) |
| STEPHEN DOUGLAS KELEHER, | ) |
| Defendant. | ) |

On May 21, 2008, the parties lodged a stipulation to continue the motions hearing currently scheduled for June 16, 2008 at 9:00 a.m. to June 30, 2008, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

Good cause having been shown, the parties' stipulation and request to continue the motions hearing until June 30, 2008 at 9:00 a.m. is granted.  The filing schedule is modified as outlined in the parties' stipulations.  Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective

preparation of counsel, plea negotiations, and the filing of motions, pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)((B)(iv).

IT IS SO ORDERED.

**Dated:   May 21, 2008**                             **/s/ Oliver W. Wanger**
                                                                                 UNITED STATES DISTRICT JUDGE