DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN D. KELEHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00332 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | HEARING DATE; ORDER |
| v. | ) | THEREON |
| | ) | |
| STEPHEN D. KELEHER | ) | Date:   July 7, 2008 |
| | ) | Time:   9:00 A.M. |
| Defendant. | ) | Judge:  Hon. Oliver W. Wanger |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel,

that **the motions hearing in the above-referenced matter now set for June 30, 2008, may be continued to**

**July 7, 2008, at 9:00 A.M.**

This continuance is requested by counsel for defendant because she will be out of her office on

June 30, 2008, the date now set for hearing, due to a family emergency.  The requested continuance will

conserve time and resources for all parties and the court.

///
///
///
///
///
///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice, including but not limited to, the need for the period of time set forth herein in the interest of justice

3    and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and

4    3161(h)(8)(B)(i) and (iv).

5                                                              McGREGOR W. SCOTT
                                                              United States Attorney
6

7    DATED: June 24, 2008                        By:   /s/  Sherrill Carvalho
                                                              SHERRILL CARVALHO
8                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff
9

10                                                           DANIEL J. BRODERICK
                                                              Federal Public Defender
11

12   DATED: June 24, 2008                        By:   /s/  Francine Zepeda
                                                              FRANCINE ZEPEDA
13                                                           Assistant Federal Defender
                                                              Attorneys for Defendant
14                                                           STEPHEN DOUGLAS KELEHER

15

16

17                                        **O R D E R**

18       **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F),

19   3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

20       IT IS SO ORDERED.

21   **Dated:    June 24, 2008**                         /s/ Oliver W. Wanger
                                                              UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

Stipulation to Continue Motions
Hearing; [Proposed] Order                    2