DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN D. KELEHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00332 OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE MOTIONS |
| | ) | HEARING DATE; ORDER THEREON |
| v. | ) | |
| | ) | Date: July 14, 2008 |
| STEPHEN D. KELEHER, | ) | Time: 9:00 A.M. |
| | ) | Judge: Hon. Oliver W. Wanger |
| Defendant. | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that **the motions hearing in the above-referenced matter now set for July 7, 2008, may be continued to July 14, 2008, at 9:00 A.M.**

This continuance is requested by counsel for defendant because in the motion she filed, which is the basis for the hearing, she inadvertently included inaccurate material to which the government then filed a response which is likewise inaccurate. Both parties need additional time to rectify the inaccuracies and provide the court with correct information prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein in the interest of justice
3  and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and
4  3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: July 2, 2008     By:   /s/  Sherrill Carvalho
                        SHERRILL CARVALHO
                        Assistant United States Attorney
                        Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: July 2, 2008     By:   /s/  Francine Zepeda
                        FRANCINE ZEPEDA
                        Assistant Federal Defender
                        Attorneys for Defendant
                        STEPHEN DOUGLAS KELEHER

**O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:    July 3, 2008**              /s/ **Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE