IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA    )   CR.F. NO. 07-332 OWW
                            )
         Plaintiff,         )
                            )   ORDER
         v.                 )
                            )
STEPHEN KELEHER,            )
                            )
         Defendant.         )
_____)
```

                              ORDER

   IT IS ORDERED that the Application for Order Shortening Time for Plaintiff's REQUEST TO CONTINUE TRIAL DATE DUE TO WITNESS UNAVAILABILITY is GRANTED; The motion will be heard on August 25, 2008 at 9:00 a.m., in Courtroom 3.  Defendant's opposition to the motion, if any, is due by 4:00 p.m. on August 21, 2007.

IT IS SO ORDERED.

Dated: August 20, 2008      /s/ OLIVER W. WANGER
                            OLIVER W. WANGER
                            UNITED STATES DISTRICT COURT JUDGE