DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN D. KELEHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00332 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO SET MOTIONS SCHEDULE AND HEARING DATE; ORDER |
| v. | ) ) | |
| STEPHEN D. KELEHER, | ) ) | Date:  September 15, 2008 Time:  1:30 P.M. |
| Defendant. | ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the schedule for defendant's motion to dismiss may be scheduled as follows: the government's response to defendant's motion shall be due on or before August 29, 2008, defendant's reply shall be due on or before September 5, 2008, **and further hearing on said motion may be set for September 15, 2008, at 1:30 P.M.**

This request is made by the parties because the trial schedule previously set has been continued, and the schedule set forth able will allow the parties the necessary time to present to the court the necessary information relating to said motion and for the court to rule on said motion prior to trial. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: August 27, 2008                      By:  /s/  Sherrill Carvalho
                                                SHERRILL CARVALHO
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: August 27, 2008                      By:   /s/  Francine Zepeda
                                                FRANCINE ZEPEDA
                                                Assistant Federal Defender
                                                Attorneys for Defendant
                                                STEPHEN DOUGLAS KELEHER

## O R D E R

IT IS SO ORDERED.

**Dated:   August 27, 2008**                /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE