```
McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>STEPHEN DOUGLAS KELEHER,<br><br>                    Defendant. | Cr. F. 07-0332 OWW<br><br>ORDER REGARDING PARTIES'<br>STIPULATION AND REQUEST<br>FOR CONTINUANCE OF TRIAL |

On October 16, 2008, the parties lodged a stipulation to continue the trial currently scheduled for November 18, 2008 at 9:00 a.m. to December 16, 2008, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the trial until December 16, 2008 at 9:00 a.m. is granted.  In addition, the parties' stipulation and request to continue the trial confirmation until November 24, 2008 at 9:00 a.m. is granted. Motions in limine are ordered to be filed by November 14, 2008, with responses due by November 19, 2008.  Further, the delay

1  resulting from the continuance shall be excluded in the interests
2  of justice herein to allow reasonable time for the filing of
3  motions, plea negotiations, and effective defense preparation,
4  pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and
5  3161(h)(8)((B)(iv).

7  Dated: _October 20, 2008 _____/s/ OLIVER W. WANGER_____
                                    HONORABLE OLIVER W. WANGER