1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEPHEN D. KELEHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-cr-00332 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO VACATE TRIAL DATE AND RE-SET FOR CHANGE OF PLEA OR FURTHER STATUS CONFERENCE; ORDER |
| v. | ) | |
| STEPHEN D. KELEHER | ) | Date: December 8, 2008 |
| | ) | Time: 9:00 am |
| Defendant. | ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the trial date currently scheduled for December 16, 2008, in the above-captioned matter may be vacated and that the case may be re-set for change of plea.

The request is made by both parties. The basis for the request is that the parties are in active negotiations and anticipate that the case will resolve. This request is also necessitated as there is a motion still pending before the court and the ruling on that motion would assist in the negotiations and resolution of the case.

Based on the foregoing counsel for the defense is not ready to proceed to trial at this time. It is requested that the case be set for further status conference on December 8, 2008, at 9:00 am. The parties anticipate a plea at that time. The requested continuance will conserve time and resources for all parties and the court.

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: November 18, 2008   By:  /s/ Sherrill Carvalho
SHERRILL CARVALHO
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED: November 18, 2008   By:  /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
STEPHEN DOUGLAS KELEHER

**O R D E R**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **November 18, 2008**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE