IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>  vs. )<br>)<br>STEPHEN DOUGLAS KELEHER, )<br>)<br>  Defendant. )<br>_____) | No. 1:07-CR-00332 OWW<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced to Time Served on February 2, 2009,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: February 2, 2009_____

/s/ OLIVER W. WANGER
HONORABLE OLIVER W. WANGER
U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1