DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California   95814
Telephone: (916) 498-5700

Attorney for Defendant
STEPHEN DOUGLAS KELEHER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>      v. )<br>)<br>STEPHEN DOUGLAS KELEHER, )<br>)<br>            Defendant. )<br>)<br>_____ ) | No. Cr. F 07-0332<br><br>**STIPULATED REQUEST TO DISMISS SUPERSEDING INDICTMENT AND VACATE JUDGMENT; ORDER** |

   Defendant, STEPHEN DOUGLAS KELEHER, by and through his counsel, Assistant Federal Defender David M. Porter, and Plaintiff, by and through its counsel, Assistant United States Attorney, Brian W. Enos, hereby stipulate that WHEREAS:

   (1)   on March 27, 2008, Mr. Keleher was indicted in a superseding indictment charging that he failed to register as a sex offender;

   (2)   on December 8, 2008, the parties filed a plea agreement wherein Mr. Keleher pled guilty to the charge in the superseding indictment but expressly reserved his right to appeal issues raised in his pretrial motion to dismiss the

            superseding indictment;

(3) on February 4, 2009, Mr. Keleher was sentenced to time served and supervised release for a term of 120 months;

(4) on February 11, 2009, Mr. Keleher filed a notice of appeal; and,

(5) on May 8, 2012, the Ninth Circuit Court of Appeals (No. 09-10061) granted Mr. Keleher's unopposed motion for summary reversal of this Court's judgment (Attachment); and,

(6) on May 15, 2012, the Ninth Circuit Court of Appeals issued the mandate, which was received by this Court the same day;

(7) THEREFORE, the parties stipulate and recommend this Court file the order lodged herewith dismissing the superseding indictment and vacating the judgment in the above-entitled matter.

Dated:  May 15, 2012

Respectfully submitted,

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| --- | --- |
| United States Attorney | Federal Defender |
| | |
| */s/ Brian W. Enos* | */s/ David M. Porter* |
| BRIAN W. ENOS | DAVID M. PORTER |
| Assistant U.S. Attorney | Assistant Federal Defender |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| UNITED STATES OF AMERICA | STEPHEN DOUGLAS KELEHER |

STIPULATED REQUEST TO DISMISS
SUPERSEDING INDICTMENT AND
VACATE JUDGMENT

-2-

**O R D E R**

Pursuant to the May 8, 2012 order of the Ninth Circuit Court of Appeals in *United States v. Stephen Douglas Keleher*, No. 09-10061, granting the unopposed motion for summary reversal of the district court's judgment, and the stipulation of the parties, the superseding indictment filed March 27, 2008 (CR #17) is **DISMISSED,** and the Judgment filed February 4, 2009 (CR #57) is **VACATED**.  The status conference set for May 21, 2012, is **VACATED.**

The Clerk of the Court is directed to serve a copy of this order on the United States Probation Office and the United States Bureau of Prisons.

IT IS SO ORDERED.

Dated:  May 16, 2012

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST TO DISMISS
SUPERSEDING INDICTMENT AND
VACATE JUDGMENT

-3-